# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KYNYLL OWENS, | Case No.: 2:19-cv-02176-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, *et al.*, | |
| Respondents. | |

Jason KyNyll Owens, a Nevada prisoner, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. On December 13, 2019, Owens submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) and an Application to Proceed *in Forma Pauperis* (ECF No. 1). On December 18, 2019, I denied Owens' *in forma pauperis* application and ordered him to pay the filing fee. ECF No. 3. Owens paid that fee on January 23, 2020. ECF No. 4.

I have reviewed Owens' habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. I will direct the Clerk of the Court to serve the petition upon the Respondents and will require a response.

I THEREFORE ORDER the Clerk of the Court to separately file the petition for writ of habeas corpus, which is currently attached to the *in forma pauperis* application at ECF No. 1-1.

I FURTHER ORDER the Clerk of the Court to add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for the Respondents.

I FURTHER ORDER the Clerk of the Court to electronically serve upon the Respondents a copy of the petition for writ of habeas corpus and a copy of this order.

I FURTHER ORDER that the Respondents will have 60 days from the date on which the petition is served upon them to appear in this action and to answer or otherwise respond to the petition. If the Respondents file an answer, Owens will have sixty 60 days to file a reply to the answer. If the Respondents file a motion to dismiss, Owens will have sixty 60 days to file a response to the motion to dismiss, and then the Respondents will have thirty 30 days to file a reply to Owens' response.

Dated: January 27, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE