# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KYNYLL OWENS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No.: 2:19-cv-02176-APG-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 15)** |

  In this habeas corpus action, brought *pro se* by Jason Kynyll Owens, the Respondents were due to file an answer on March 1, 2021. *See* Order entered November 30, 2020 (ECF No. 14).

  On March 1, 2021, Respondents filed a motion for extension of time (ECF No. 15), requesting a 14-day extension, to March 15, 2021, to file their answer. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases, and because of delay caused by the COVID-19 pandemic. This would be the first extension of this deadline. I find that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

  I THEREFORE ORDER that Respondents' Motion for Enlargement of Time (ECF No. 15) is granted. Respondents will have until and including March 15, 2021, to file their answer.

///

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 27, 2020 (ECF No. 5) will remain in effect. Under that order, Owens will have 60 days to file a reply to the answer.

Dated: March 2, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE