UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON KYNYLL OWENS, | Case No.: 2:19-cv-02176-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, *et al.*, | |
| Respondents. | |

It is unclear whether Jason KyNyll Owens, the petitioner in this habeas corpus action, is still at the address that the Court has on file for him. Before I proceed further with this case, I will require Owens to either confirm that he is still located at the address he last provided to the Court—at High Desert State Prison—or file a notice informing the Court and Respondents of his new mailing address. *See* LR IA 3-1 ("An attorney or pro se party must immediately file with the court written notification of any change of mailing address…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

I THEREFORE ORDER that Petitioner must, no later than November 5, 2021, either: (1) file a notice confirming that his mailing address is still at High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070-0650, or (2) file a notice of his new mailing address. If Petitioner does not comply with this order within the time allowed, I will dismiss this action.

Dated:  October 1, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE