UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON KYNYLL OWENS, | Case No.: 2:19-cv-02176-APG-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAMS, *et al.,* | |
| Respondents. | |

On October 1, 2021, I ordered petitioner Jason Kynyll Owens to either confirm that he is still located at the address he last provided to the court—at High Desert State Prison—or file a notice informing the court and the respondents of his new mailing address. ECF No. 18. *See* LR IA 3-1 ("An attorney or *pro se* party must immediately file with the court written notification of any change of mailing address. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."). The copy of my order sent to Owens at High Desert State Prison was returned as undeliverable. ECF No. 19. In my order, I warned that if he failed to comply by November 5, I would dismiss this action. I will now dismiss this action due to Owens's failure to comply with LR IA 3-1 and my order.

I THEREFORE ORDER that this action is dismissed. Petitioner is denied a certificate of appealability, as jurists of reason would not find my dismissal of this action to be debatable or wrong. The Clerk of the Court shall enter judgment accordingly and close this case.

Dated: November 10, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE